IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY ALLEN
    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-183-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Gregory Allen's motion for post conviction relief 28 U.S.C. § 2255 is DENIED.


_____    _____
Peter Oppeneer, Clerk of Court                          4/9/12
                                                                                            Date